UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LONE STAR ENERGY, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:10-0934 |
| | ) | JUDGE SHARP |
| TENN-GA FOREST RESOURCES LLC, | ) | |
| ET AL. | ) | |

## ORDER

In the Initial Case Management Order entered December 1, 2010, the Magistrate Judge established discovery deadlines and set a target date of mid- May 2012 for the trial of this case. (Docket Entry No. 12).

This case is hereby scheduled for a nonjury trial on Tuesday, May 22, 2012, beginning at 9:00 a.m. The Final Pretrial Conference is hereby scheduled for Monday, April 30, 2012, at 1:00 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE